# United States District Court
## Western District of North Carolina
### Statesville Division

| | |
|---|---|
| Cindy Culbertson Strauch, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:19-cv-00142-FDW |
| vs. | |
| Andrew M. Saul, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2020 Order.

October 29, 2020

_Frank G. John_

Frank G. Johns, Clerk
United States District Court